CITY OF KANSAS CITY,
Missouri, Appellant,

v.

Edna CROOK, et al., Respondent.

WD 77759

Missouri Court of Appeals,
Western District.

FILED: September 8, 2015

Nikola S. Smith, Kansas City, MO, for appellant.

Edna Crook, Kansas City, MO, respondent pro se.

Before Division Two: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Cynthia L. Martin, Judges

ORDER

Per Curiam

Following a bench trial, the circuit court awarded a judgment of $272.24 to the City of Kansas City, Missouri ("City") on its claim against Edna Crook and Mary Tallman for unpaid water service bills. The City appeals, contending the circuit court erred in failing to award damages covering the full three-year period of the alleged delinquency. The City also contends the court erred in allowing hearsay testimony and documents proffered by Crook and Tallman. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).